USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

---

SHEA WEISS,
    Plaintiff,

vs.

TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES, LLC,
    Defendants.

CASE NO. 7:20-cv-10432-NSR
ECF Case

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY**

---

Plaintiff Shea Weiss ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: February 18, 2021

/s/ Carl Rausa (with consent)
Carl Rausa, Esq.
Rausa Russo Law, PLLC
30 Broad Street, 14th Floor
New York, NY 10004
Telephone: (914) 809-0179
Fax: (914) 809-0179
E-Mail: carl.r@rausarusso.com

*Counsel for Plaintiff Shea Weiss*

Date: February 18, 2021

/s/ Camille R. Nicodemus
Camille R. Nicodemus, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Dated: February 26, 2021
White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge